UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 08-60159-CR-ZLOCH


UNITED STATES OF AMERICA,

vs.

EGOR SHEVELEV
        a/k/a Eskalibur,

                Defendant.
_____/


## GOVERNMENT'S MOTION REQUESTING THAT THE CLERK OF COURT AMEND ITS PREVIOUSLY ISSUED ARREST WARRANT DUE TO TYPOGRAPHICAL ERRORS


**COMES NOW**, the United States of America, by and through its undersigned Assistant United States Attorney, and requests that the Court direct the Clerk of Court to amend its previously issued arrest warrant due to a typographical error, and in support states as follows:

1)      On June 5, 2008, a grand jury sitting in the Southern District of Florida returned a three count sealed indictment charging Egor Shevelev with criminal violations of the laws of the United States, including Access Device Fraud in violation of Title 18, United States Code, Sections 1029(a)(2) and 2, Access Device Fraud in violation of Title 18, United States Code, Sections 1029(a)(3) and 2, and Identity Theft in violation of Title 18, United States Code, Sections 1028(a)(7), (c)(3)(A), (d)(7)(D), and 2.

2)      Later that day, based on the indictment by the grand jury, and with the approval of the United States District Court for the Southern District of Florida, the Clerk of the Court signed an arrest warrant for Egor Shevelev. However, this arrest warrant

1

contained a typographical error, in that it failed to indicate that violations of Title 18, United States Code, Section 2 were applicable to each count. Moreover, Count 3 was incorrectly identified as a violation of Title 18, United States Code, Section 1029(a)(7) when in fact is should have been identified as a violation of Section 1028(a)(7).

3)    The defendant in the instant case is currently pending extradition proceedings from Greece, and the Department of Justice Office of International Affairs and Greek authorities require that the arrest warrant accurately reflects the charges for which the Defendant was indicted.

**WHEREFORE**, the United States respectfully requests that this Honorable Court direct the Clerk of Courts to issue an amended Arrest Warrant which accurately states the charges as indicated on the indictment returned by the Grand Jury and thereafter vacate its previously issued Arrest Warrant dated June 5, 2008. Furthermore, it is requested that the U.S. Marshal's Office be directed to vacate its previously received Arrest Warrant dated June 5, 2008, and substitute in its place an amended Arrest Warrant dated July 30, 2008.

Respectfully submitted,

**R. ALEXANDER ACOSTA**
UNITED STATES ATTORNEY

By:   /s/ Marc S. Anton
MARC S. ANTON
Assistant U.S. Attorney
Florida Bar No. 0148369
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2008, I filed the foregoing document with the

Clerk of the Court located at 299 E. Broward Blvd., Ft. Lauderdale, FL, 33301.

/s/ Marc S. Anton
Assistant U.S. Attorney